■ The People of the State of New York, Respondent, v Douglas Gallagher, Appellant. [672 NYS2d 279] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Sirkin, J.— Escape, 1st Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

■ The People of the State of New York, Respondent, v Ricardo Sampel, Appellant. [672 NYS2d 279] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

■ The People of the State of New York ex rel. Houston Moore, Petitioner, v Melvin Williams, as Superintendent of Gowanda Correctional Facility, Respondent. [672 NYS2d 279] —Motion to extend time to file a notice of appeal denied as unnecessary. Memorandum: Because petitioner was never served with a copy of the judgment appealed from with notice of entry, his time to file a notice of appeal has not begun to run (*see*, CPLR 5513 [a]). Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

■ People v Marcelle Smith and Jamie Rolfe, Defendants. [672 NYS2d 280] —Motion for change of venue denied (*see, People v Scott*, 197 AD2d 936; *see also, People v DiPiazza*, 24 NY2d 342, 347). Present—Green, J. P., Pine, Wisner, Callahan and Fallon, JJ.